**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP**
**SUNA LEE, ESQ.**
suna.lee@wilsonelser.com
**7 Giralda Farms**
**Madison, NJ 07940**
**Tel: (973) 624-0800 Fax: (973) 624-0808**
**Attorney for Defendant Wong Fleming, P.C.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOBBY RAGOONATH, JR., on behalf of himself and all others similarly situated, | Civil Action No. 3:25-CV-17203-GC-RLS |
| Plaintiffs, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| WONG FLEMING, P.C., | |
| Defendant. | |

Defendant Wong Fleming, P.C. (hereinafter "Defendant"), by and through undersigned counsel and pursuant to *Fed. R. Civ. P.* 7.1, hereby discloses the following:

Defendant is a professional corporation with its principal place of business in New Jersey. There are no parent corporations or publicly held corporations that hold ten percent or more of Defendant.

       WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP
       Attorneys for Defendant Wong Fleming, P.C.

       By*:*    */s/ Suna Lee*
               Suna Lee

Dated:  November 25, 2025

325046401v.1

## **CERTIFICATE OF SERVICE**

I, Suna Lee, hereby certify that on November 24, 2025, a true copy of the foregoing document was filed through the ECF system and will be served electronically to all registered participants as identified on the Notice of Electronic Filing, and/or as follows:

Patrick Howard, Esq.
**SALTZ MONGELUZZI & BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Attorneys for Plaintiff

*/s/ Suna Lee*
Suna Lee, Esq.