**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**BOBBY RAGOONATH, JR.,** on behalf of himself and all others similarly situated,

Plaintiffs,

v.

**WONG FLEMING, P.C.,**

Defendant.

Case No.: 3:25-cv-17203

It is So Ordered this 28th day of October, 2026. It is further Ordered that the Clerk of the Court is directed to REOPEN this action and upon entry of this Order, the case and docket shall be marked as CLOSED.

*Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bobby Ragoonath, Jr. ("Plaintiff") hereby gives notice that his claims in this action against Defendant Wong Fleming, P.C., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 27, 2026

Respectfully submitted,

By: */s/ Patric Howard*
Patrick Howard (NJ Atty ID #02280-2001)
**SALTZ MONGELUZZI & BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Tel: (215) 575-3895
phoward@smbb.com

Brittany Resch (*Pro Hac Vice*)
**STRAUSS BORELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave, Suite 1610
Chicago, IL 60611
Telephone: (872)-263-1100
Facsimile: (872) 263-1109
bresch@straussborelli.com

*Attorneys for Plaintiff*